UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANNAH KERIN,<br><br>        Plaintiff,<br><br>-against-<br><br>THE RELATED COMPANIES, L.P., et al.,<br><br>        Defendants. | 22-cv-9479 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court thanks Plaintiff for its response to the Order to Show Cause and deems it **SATISFIED**.

**SO ORDERED.**

Dated:  **March 6, 2023**
     **New York, New York**

                      */s/ Andrew L. Carter, Jr.*
                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**