

*Attorneys at Law*
585 STEWART AVENUE, SUITE 410, GARDEN CITY, NY 11
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2023
```

April 12, 2023

**BY ECF**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

Application GRANTED. The Initial Pretrial Conference scheduled for April 19, 2023 is adjourned *sine die*. No later than seven days after the mediation is complete, the parties shall submit a joint status letter advising the Court of the outcome of the mediation.
SO ORDERED.
Dated: April 12, 2023

Re:   *Kerin v. Equinox Fitness et al.*
      Case No. 22-cv-09479 (ALC)
      **Joint Request to Adjourn Initial Pre-Trial Conference**

Your Honor:

    This office represents Plaintiff, Hannah Kerin, in the above-referenced matter. The Parties write jointly to respectfully request an adjournment of the Initial Pre-Trial Conference currently scheduled for April 19, 2023 at 11:00 AM. Additionally, the Parties respectfully request that the Initial Pre-Trial Conference be adjourned pending the outcome of the mediation.

    Accordingly, on March 27, 2023, this matter was referred to the SDNY mediation program. To date, the parties have been in communication with the Mediator and are in the process of scheduling a date for mediation.

    There have been no prior requests to adjourn the Initial Pre-Trial Conference. As of this letter, there is no scheduling order in place.

    We thank the Court for its time and attention to this matter.

Respectfully Submitted,

__/s/ Joshua Friedman, Esq.___
Joshua Friedman, Esq.
**PHILLIPS & ASSOCIATES,**
**Attorneys at Law, PLLC**

*Attorneys for Plaintiff*
585 Stewart Avenue, Suite 410
Garden City, NY 11530
jfriedman@tpglaws.com

CC: Jessica R. Schild (*Via ECF*)
      Evan Citron