UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNAH KERIN,

                Plaintiff,

-against-

EQUINOX FITNESS, et al.,

                Defendants.

22-CV-9479 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the initial pretrial conference in front of Magistrate Judge Stewart D. Aaron on August 18, 2023. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 15, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge