

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

August 16, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/23
```

**VIA ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED. The Initial Pretrial Conference is adjourned to August 28, 2023 at 11:30 a.m.  SO ORDERED.

*[signature]*
Hon. Stewart D. Aaron
U.S. Magistrate Judge

Dated: August 16, 2023

Re:  *Kerin v Equinox Fitness et al*
     Case No. 1:22-cv-09479-ALC

Dear Judge Aaron:

We represent Equinox Fitness and Andre Figueroa ("Defendants") in the above-referenced action. In accordance with Rule 1.D of Your Honor's Individual Rules of Practice, we respectfully write to request an adjournment of the Pretrial Conference (the "Conference") that is scheduled for August 18, 2023, until August 28, 29, 30, or some subsequent date that is convenient for the Court. Defendant respectfully submits this request because the undersigned will be traveling out of the state on August 18 in an area with limited telephone service. This is Defendant's first request for an adjournment of the Conference, and Plaintiff consents to this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: *s/ Evan B. Citron*
       Evan B. Citron

cc:    All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

57886716.v1-OGLETREE